IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN R. LESTER,

    Plaintiff,

v.                    CASE NO. CV412-250

COLONIAL PROPERTIES TRUST, INC.,

    Defendant.

## O R D E R

Before the Court is the parties' Second Joint Motion to Approve Settlement. (Doc. 13.) As described by the Court in a prior order (Doc. 12), the Court must scrutinize the proposed settlement for fairness before entering a stipulated judgment. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1350 (11th Cir. 1982); see 29 U.S.C. § 216(b). After careful consideration, the Court finds that the settlement is a fair and reasonable resolution of the parties' bona fide dispute. Accordingly, the motion is **GRANTED** and the accompanying settlement agreement (Doc. 13-1) is **APPROVED**. As a result, the case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of March 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA